Scott T. Blotter (6185)
Scott T. Blotter and Associates, PLLC
735 East 9000 South, Suite 200
Sandy, UT 84094
Telephone: (801) 601-8109
Facsimile: (801) 878-9660
scott@scottblotterlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:<br><br>TED F. WESTOVER and<br>WANDA H. WESTOVER<br><br>Debtors. | Case No. 10-34906 JTM<br><br>Chapter 13    Filed Electronically<br><br>Judge Joel T. Marker |
|---|---|

### OBJECTION TO PROOF OF CLAIM NO. 7-1
### FILED BY HSBC/BASS & ASSOCIATES

Debtors, Ted F. Westover and Wanda H. Westover, by and through Counsel, Scott T. Blotter and Associates, PLLC hereby object to Proof of Claim No. 7-1 filed by HSBC / Bass & Associates. This objection is based on the following:

1. Proof of Claim No. 7-1 is filed as a secured claim in the amount of $1,359.96 for goods sold.

2. The items were purchased by Brock J. Westover, who is listed as the applicant for the HSBC MasterCard. Wanda H. Westover is listed as a joint applicant.

3.        Ted F. and Wanda H. Westover do not have the items that were purchased.

4.        Therefore, HSBC / Bass & Associates has no basis for a secured claim.

WHEREFORE, Debtors, Ted F. Westover and Wanda H. Westover, object to Proof of Claim No. 7-1 filed by HSBC / Bass & Associates and request that the claim be disallowed as a secured claim and allowed as a non-priority unsecured claim.

DATED this 5th day of January, 2011.

                              _____/s/_____
                              Scott T. Blotter
                              Scott T. Blotter and Associates, PLLC
                              Attorney for Ted F. and Wanda H. Westover